# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0103

VERSUS

RODRICK "DRE" COLEMAN                          **APRIL 22, 2022**

---

In Re:    Rodrick "Dre" Coleman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-13-0950.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT